UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   JAMES DOUGLAS BUTCHER | § § | CASE NO. 24-31171 |
| | § § | |
| | § | CHAPTER 11 |
| DEBTOR. | § § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**JARROD B. MARTIN**
**1200 Smith Street, Suite 1400**
**Houston, TX 77002**
**Email: jarrod.martin@chamberlainlaw.com  PH: (713) 356-1280**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: March 21, 2024

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on March 21, 2024.

By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

**By Mail to Debtor:**
James Douglas Butcher
480 Kirby Rd.
Taylor Lk Vlg, TX 77586-5201

**Debtor's Counsel:**
Reese W. Baker
Baker & Associates
950 Echo Lane
Suite 300
Houston, TX 77024

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31171 (cml)** |
| **James Douglas Butcher** | § | |
| *dba* **American Fitness & Martial** | § | **Chapter 11** |
| **Arts,** | § | **Subchapter V** |
| | § | |
| Debtor. | | |

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.[1]

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $600.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

---

[1] My law firm, Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. ("**CHWWA**"), has represented Frost Bank in matters unrelated to the Debtor. I am not involved with this representation. Accordingly, I do not believe this connection renders me to be not disinterested in accepting this appointment.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: March 21, 2024

Jarrod B. Martin
Texas Bar No. 24070221
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: JBM.Trustee@chamberlainlaw.com