**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-31171 (cml)** |
| **James Douglas Butcher** | § | |
| *dba* **American Fitness & Martial Arts,** | § | **Chapter 11** |
| | § | **Subchapter V** |
| | § | |
| **Debtor.** | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as the Subchapter V Trustee pursuant to Section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007.   All notices given or required to be given in this case shall be served upon:

Jarrod B. Martin, Subchapter V Trustee
Texas Bar No. 24070221
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
D: 713.356.1280
F: 713.658.2553
E: JBM.Trustee@chamberlainlaw.com

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions,

disclosure statements, memoranda, briefs and any other documents brought before this Court

with respect to these proceedings, whether formal or informal, whether written or oral, whether

transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

     Dated: March 21, 2024

                                   Respectfully submitted,

                                   By:  */s/ Jarrod B. Martin*
                                 Jarrod B. Martin
                                 Texas Bar No. 24070221
                                 Chamberlain Hrdlicka
                                 1200 Smith Street, Suite 1400
                                 Houston, Texas 77002
                                 D: 713.356.1280
                                 F: 713.658.2553
                                 E: JBM.Trustee@chamberlainlaw.com

                                 ***Subchapter V Trustee***

## CERTIFICATE OF SERVICE

     The undersigned certifies that on March 21, 2024, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

                                 */s/ Jarrod B. Martin*
                                 Jarrod B. Martin