| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | James Douglas Butcher<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5368<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Southern District of Texas | Date case filed for chapter: | 11   3/18/24 |
| Case number: | 24–31171 | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Douglas Butcher | |
| 2. | **All other names used in the last 8 years** | dba American Fitness & Martial Arts | |
| 3. | **Address** | 480 Kirby Rd<br>Taylor Lk Vlg, TX 77586–5201 | |
| 4. | **Debtor's attorney**<br>Name and address | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024 | Contact phone 713–869–9200<br>Email courtdocs@bakerassociates.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Jarrod B Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Contact phone 713–356–1280<br>Email: jbm.trustee@chamberlainlaw.com |

For more information, see page 2 >

Debtor   **James Douglas Butcher**                                                                                               Case number **24–31171**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> PO Box 61010 <br> Houston, TX 77208 | Hours open: <br> 8:00 am – 5:00 pm Monday through Friday <br><br> Contact phone  (713) 250–5500 <br><br> Date: 3/21/24 |
| **7.** **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | April 17, 2024 at 10:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Telephone Conference, Call 866–707–5468, passcode 6166997** |
| **8.** **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  6/17/24.** <br><br> **Deadline for filing proof of claim:** <br> **For all creditors (except a governmental unit):** 5/27/24 <br> **For a governmental unit:**                                              9/14/24 <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. <br><br> **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** <br> 30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor **James Douglas Butcher**                                                                                           Case number **24–31171**

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 24-31171-cml
James Douglas Butcher  Chapter 11
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4   User: ADIuser   Page 1 of 3
Date Rcvd: Mar 21, 2024   Form ID: 309E2   Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Douglas Butcher, 480 Kirby Rd, Taylor Lk Vlg, TX 77586-5201 |
| aty | + | Andrew Jimenez, U.S. Department of Justice, United States Trustee Program, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604 |
| 12656932 | | BBG Ventures LLC, 3222 Burke Rd Ste 109, Pasadena, TX 77504-1871 |
| 12656931 | + | Baker & Associates, 950 Echo Ln. Ste. 300, Houston, TX 77024-2824 |
| 12656935 | + | Capital Bank, 6101 Fairmont Parkway, Pasadena, TX 77505-4024 |
| 12656933 | | Capital Bank, 10304 I-10 East, Houston, TX 77029 |
| 12656934 | | Capital Bank, 10604 I-10 East, Houston, TX 77029 |
| 12656938 | + | Capital One Auto Finance, P. O. Box 660068, Dallas, TX 75266-0068 |
| 12656942 | + | Clear Creek ISD, 2425 E Main St, League City, TX 77573-2799 |
| 12656946 | | Harris County, Po Box 4622, Houston, TX 77210-4622 |
| 12656928 | | JC Lion - solely by Leonida Butcher, 480 Kirby Rd, Seabrook, TX 77586-5201 |
| 12656949 | | Leonida Butcher, 480 Kirby Rd, Seabrook, TX 77586-5201 |
| 12656952 | | Margaret McCarty Young, c/o Weycer, Kaplan, Pulaski and Zuber, 24 Greenway Plz Ste 2050, Houston, TX 77046-2445 |
| 12656953 | | Margaret McCarty Young, c/o Cavyn Sanders, Abby Newton, 24 Greenway Plz Ste 2050, Houston, TX 77046-2445 |
| 12656961 | + | Steller Bank, 9 Greenway Plaza Suite 110, Houston, TX 77046-0921 |
| 12656969 | + | Wells Fargo Bank, 8750 Highway 6 South, Houston, TX 77083-6110 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: courtdocs@bakerassociates.net | Mar 21 2024 20:02:00 | Reese W Baker, Baker & Associates, 950 Echo Lane, Suite 300, Houston, TX 77024 |
| aty | + | Email/Text: houston_bankruptcy@LGBS.com | Mar 21 2024 20:04:00 | Tara L Grundemeier, Linebarger Goggan Blair and Sampson LLP, 1301 Travis Street, Ste 300, Houston, Tx 77002-7430 |
| tr | + | Email/Text: jarrod.martin@chamberlainlaw.com | Mar 21 2024 20:03:00 | Jarrod B Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 21 2024 20:04:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 21 2024 20:04:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 21 2024 20:04:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| 12656929 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 21 2024 20:03:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 12656930 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 20:08:03 | Amex, 200 Vesey Street, New York, NY 10285-1000 |
| 12656936 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2024 20:08:06 | Capital One, 1680 Capital One Dr, Mc Lean, VA 22102-3407 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 309E2 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 12656937 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2024 20:07:55 | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 12656940 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 20:07:55 | Citibank/Sears, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 12656941 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 20:08:02 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 12656943 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 21 2024 20:07:54 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 12656944 | + | Email/Text: EBNBKNOT@ford.com | Mar 21 2024 20:04:00 | Ford Credit, PO Box 650575, Dallas, TX 75265-0575 |
| 12656945 | + | Email/Text: Loan.Recovery@frostbank.com | Mar 21 2024 20:03:00 | Frost Bank, P.O. Box 1600, San Antonio, TX 78296-1600 |
| 12656947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 20:03:00 | Internal Revenue Service, 1919 Smith St Stop 5022 HOU, Houston, TX 77002 |
| 12656939 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 21 2024 20:08:08 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 12656950 | + | Email/Text: EBNBKNOT@ford.com | Mar 21 2024 20:04:00 | Lincoln Automotive Fin, Attn: Bankruptcy, PO BOX 54200, Omaha, NE 68154-8000 |
| 12656951 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 20:08:03 | Lowes, 170 Election Dr, Draper, UT 84020-6400 |
| 12656955 | | Email/Text: ml-ebn@missionlane.com | Mar 21 2024 20:03:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 12656954 | + | Email/Text: M74banko@mercedes-benz.com | Mar 21 2024 20:03:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 12656956 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 20:08:06 | Sams Club, 170 Election Rd, Draper, UT 84020-6400 |
| 12656957 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 21 2024 20:04:00 | Santander Consumer USA, Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 12656958 | | Email/Text: bankruptcy@shellfcu.org | Mar 21 2024 20:04:00 | Shell Fcu, Attn: Bankruptcy Department, PO Box 578, Deer Park, TX 77536-0578 |
| 12656959 | + | Email/Text: bankruptcy@shellfcu.org | Mar 21 2024 20:04:00 | Shell Federal Credit Union, 301 East 13th Street, Deer Park, TX 77536-3297 |
| 12656960 | + | Email/Text: bankruptcy@shellfcu.org | Mar 21 2024 20:04:00 | Shell Federal Credit Union, 301 E. 13th St, Dearpark, TX 77536-3297 |
| 12656962 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 20:08:00 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12656963 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 20:08:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12656964 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 20:08:09 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 12656965 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 20:08:03 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 12656967 | + | Email/Text: txulec09@vistraenergy.com | Mar 21 2024 20:04:00 | TXU/Texas Energy, Attn: Bankruptcy, PO Box 650700, Dallas, TX 75265-0700 |
| 12656966 | | Email/Text: bncmail@w-legal.com | Mar 21 2024 20:03:00 | Target, P.O.Box 59316, Minneapolis, MN 55459-0316 |
| 12656968 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 20:08:06 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 12656970 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 21 2024 20:08:01 | Wf Bank, Attn: Bankruptcy, PO Box 14517, Des |

Moines, IA 50306-3517

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12656948 | * | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2024     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Jarrod B Martin | jbm.trustee@chamberlainlaw.com cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com |
| Reese W Baker | on behalf of Debtor James Douglas Butcher courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Tara L Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6