UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NO. 24-31171 |
|---|---|---|
| | § | |
| JAMES DOUGLAS BUTCHER | § | CHAPTER 11 |
| *Debtor(s)* | § | |

## NOTICE OF APPEARANCE

      Please take notice that the undersigned attorney appears as counsel for Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9010(b) and/or 9013, requests that all notices given or required to be given in this case and all pleadings and correspondence served or required to be served in this case, be directed to the following:

Susan Fuertes
Assistant County Attorney
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2928
Houston, Texas 77252-2928
taxbankruptcy.cao@harriscountytx.gov

Respectfully submitted,

/s/ Susan Fuertes
Susan Fuertes
State Bar No. 00790895
Harris County Attorney's Office
P.O. Box 2928
Houston, Texas 77252-2928
Telephone: (346) 286-8899

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appearance was served on the persons below in the manner indicated on March 25, 2024

/s/ Susan Fuertes
Susan Fuertes

**VIA PRE-PAID U.S. MAIL**

James Douglas Butcher
d/b/a American Fitness & Martial Arts
480 Kirby Rd.
Seabrook, TX 77586
*Debtor*

**VIA ECF**

Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
*Attorney for Debtor*

Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
*Chp 11 Trustee*

U.S. Trustee
Office of the US Trustee
515 Rusk Ave
Houston, TX 77002
*US Trustee*