UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 24-31171 (cml) |
| **James Douglas Butcher** | § | |
| *dba* American Fitness & Martial Arts, | § § | **Chapter 11** **Subchapter V** |
| | § | |
| Debtor. | | |

## ORDER GRANTING APPLICATION OF SUBCHAPTER V TRUSTEE FOR POST-PETITION RETAINER

**CAME FOR CONSIDERATION** on the Application[1] filed by the Trustee requesting a post-petition retainer from the Debtor, and the Court having reviewed and considered the Application and any objections or responses thereto; and the Court having reviewed the full record of this Case; and the Court having determined that the relief sought in the Application is appropriate, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing, it is therefore

**ORDERED** that the Debtor shall pay a post-petition retainer of $1,000 per month ("**Retainer**") to the Trustee, beginning April 18, 2024, and continuing monthly thereafter until plan confirmation; it is further

**ORDERED** that the Trustee shall deposit the Retainer into a Subchapter V Trustee designated bank account, and the funds shall remain in the account until such time as the

---

[1] Terms not defined herein shall have the same meanings ascribed to such terms as in the Application.

**ORDER GRANTING APPLICATION OF SUBCHAPTER V TRUSTEE FOR POST-PETITION RETAINER**          **PAGE | 1**

Court awards compensation of fees and reimbursable costs to the Trustee with any excess funds from the Retainer returned to the Debtor; it is further

**ORDERED** that the Retainer shall be paid via check made payable to Jarrod B. Martin, Subchapter V Trustee and delivered to the Trustee no later than seven (7) days from the date of this Order; it is further

**ORDERED** that the Trustee shall deposit all payments received from Debtor into a segregated trust account and shall not apply the funds on deposit to any fees or expenses until those amounts are approved by the Court, pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016.

Signed this _____ day of _____, 2024.

**Christopher Lopez,**
**United States Bankruptcy Judge**