**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re:  James Douglas Butcher
        Debtor(s)

Case No.: 24−31171

Chapter: 11

---

### ORDER SETTING HEARING ON
### MOTION FOR EXTENSION OF THE AUTOMATIC STAY
(Docket No. 11 − 10 )

    1. The Court will conduct an evidentiary hearing on the Debtor(s)' Motion to Extend the Automatic Stay at **11:00 AM on April 16, 2024 at Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002**. Within 2 business days of the entry date of this Order, the Debtor(s) shall provide notice of the hearing and a copy of the motion to all creditors against whom the Debtor(s) seek to extend the automatic stay and file a certificate of service with the Court.

    2. Objections to the motion must be in writing and filed within 14 days of the date of service of the notice of hearing. If the hearing occurs prior to the expiration of the 14−day period, objections may be made orally at the hearing.

    3. Local Rule 1007(d) (the "Wage Order Rule") requires Debtor(s) who are wage and salary employees to submit a wage order with their proposed plan. Debtor(s) who are not wage and salary employees must submit an electronic funds transfer form to the chapter 13 trustee. At the hearing, the Debtor(s) will be required to prove compliance with the Wage Order Rule. *If the Debtor(s) have not complied with the Wage Order Rule, the stay will not be extended*.

    **Signed and Entered on April 3, 2024**

_____
Christopher M. Lopez
United States Bankruptcy Judge