IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: JAMES DOUGLAS BUTCHER | § | CASE NO. 24-31171 |
| | § | |
| DEBTOR | § | |
| | § | CHAPTER 11 |

**ORDER GRANTING DEBTOR'S MOTION FOR CONTINUATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B) AS TO ALL CREDITORS**

Came on for consideration the Debtor's Motion for Continuation of the Automatic Stay pursuant to Section 362 (c)(3)(B) and the Debtor, having provided notice of the motion and this hearing to all parties of record, and the Court having allowed an opportunity for any party to object, determines that the motion should be granted; it is therefore,

**ORDERED**, that the automatic stay arising under 11 U.S.C. §362(a) is hereby extended under 11 U.S.C. §362 (c)(3)(B) as to all creditors, subject to further order of this Court or motion by a party in interest.

Dated: _____

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE