```
Label Matrix for local noticing        Galveston County                          Harris County
0541-4                                  Lineberger Goggan Blair & Sampson LLP    Lineberger Goggan Blair & Sampson LLP
Case 24-31171                           c/o Tara L. Grundemeier                  C/O Tara L. Grundemeier
Southern District of Texas              P.O. Box 3064                            P.O. Box 3064
Houston                                 Houston, TX 77253-3064                   Houston, TX 77253-3064
Wed Apr  3 11:49:24 CDT 2024

(p)HARRIS COUNTY ATTORNEY'S OFFICE      4                                        Ally Financial, Inc
P O BOX 2928                            United States Bankruptcy Court           Attn: Bankruptcy 500 Woodard Ave
HOUSTON TX 77252-2928                   PO Box 61010                             Detroit, MI 48226-3416
                                        Houston, TX 77208-1010


Amex                                    BBG Ventures LLC                         Baker & Associates
200 Vesey Street                        3222 Burke Rd Ste 109                    950 Echo Ln. Ste. 300
New York, NY 10285-1000                 Pasadena, TX 77504-1871                  Houston, TX 77024-2824


Capital Bank                            Capital Bank                             Capital Bank
10304 I-10 East                         10604 I-10 East                          6101 Fairmont Parkway
Houston, TX 77029                       Houston, TX 77029                        Pasadena, TX 77505-4024


Capital One                             Capital One                              Capital One Auto Finance
1680 Capital One Dr                     PO Box 60519                             P. O. Box 660068
Mc Lean, VA 22102-3407                  City of Industry, CA 91716-0519          Dallas, TX 75266-0068


(p)JPMORGAN CHASE BANK  N A             Citibank/Sears                           Citibank/The Home Depot
BANKRUPTCY MAIL INTAKE TEAM             Centralized Bankruptcy                   Citicorp Credit Srvs/Centralized Bk dept
700 KANSAS LANE FLOOR 01                PO Box 790034                            PO Box 790034
MONROE LA 71203-4774                    St Louis, MO 63179-0034                  Saint Louis, MO 63179-0034


Clear Creek ISD                         Credit One Bank                          Ford Credit
2425 E Main St                          PO Box 98873                             PO Box 650575
League City, TX 77573-2799              Las Vegas, NV 89193-8873                 Dallas, TX 75265-0575


Frost Bank                              Galveston County                         Harris County
P.O. Box 1600                           c/o Tara L. Grundemeier                  Po Box 4622
San Antonio, TX 78296-1600              Lineberger Goggan Blair & Sampson LLP    Houston, TX 77210-4622
                                        PO Box 3064
                                        Houston, TX 77253-3064


Harris County, et al                    (p)INTERNAL REVENUE SERVICE              JC Lion - solely by Leonida Butcher
c/o Tara L. Grundemeier                 CENTRALIZED INSOLVENCY OPERATIONS        480 Kirby Rd
Lineberger Goggan Blair & Sampson LLP   PO BOX 7346                              Seabrook, TX 77586-5201
PO Box 3064                             PHILADELPHIA PA 19101-7346
Houston, TX 77253-3064


Leonida  Butcher                        Lincoln Automotive Fin                   Lowes
480 Kirby Rd                            Attn: Bankruptcy                         170 Election Dr
Seabrook, TX 77586-5201                 PO BOX 54200                             Draper, UT 84020-6400
                                        Omaha, NE 68154-8000
```

| | | |
|---|---|---|
| Margaret McCarty Young<br>c/o Cavyn Sanders<br>Abby Newton<br>24 Greenway Plz Ste 2050<br>Houston, TX 77046-2445 | ~~Margaret McCarty Young~~<br>~~c/o Weycer, Kaplan, Pulaski and Zuber~~<br>~~24 Greenway Plz Ste 2050~~<br>~~Houston, TX 77046-2445~~ | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>PO Box 685<br>Roanoke, TX 76262-0685 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Sams Club<br>170 Election Rd<br>Draper, UT 84020-6400 | Santander Consumer USA, Inc<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Shell Fcu<br>Attn: Bankruptcy Department<br>PO Box 578<br>Deer Park, TX 77536-0578 | Shell Federal Credit Union<br>301 E. 13th St<br>Dearpark, TX 77536-3297 | ~~Shell Federal Credit Union~~<br>~~301 East 13th Street~~<br>~~Deer Park, TX 77536-3297~~ |
| Steller Bank<br>9 Greenway Plaza  Suite 110<br>Houston, TX 77046-0921 | Syncb/home Design Se<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 | TXU/Texas Energy<br>Attn: Bankruptcy<br>PO Box 650700<br>Dallas, TX 75265-0700 |
| Target<br>P.O.Box 59316<br>Minneapolis, MN 55459-0316 | ~~US Trustee~~<br>~~Office of the US Trustee~~<br>~~515 Rusk Ave~~<br>~~Ste 3516~~<br>~~Houston, TX 77002-2604~~ | Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306-0347 |
| Wells Fargo Bank<br>8750 Highway 6 South<br>Houston, TX 77083-6110 | Wf Bank<br>Attn: Bankruptcy<br>PO Box 14517<br>Des Moines, IA 50306-3517 | ~~James Douglas Butcher~~<br>~~480 Kirby Rd~~<br>~~Taylor Lk Vlg, TX 77586-5201~~ |
| Jarrod B Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002-4496 | ~~Reese W Baker~~<br>~~Baker & Associates~~<br>~~950 Echo Lane~~<br>~~Suite 300~~<br>~~Houston, TX 77024-2824~~ | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ~~Harris County, ATTN: Property Tax Division~~<br>~~Harris County Attorney's Office~~<br>~~P.O. Box 2928~~<br>~~Houston, TX 77252-2928 United States~~ | ~~Chase Mortgage~~<br>~~PO Box 78420~~<br>~~Phoenix, AZ 85062-8420~~ | ~~(d)Harris County, et al~~<br>~~PO Box 2928~~<br>~~Houston, TX 77252~~ |

Internal Revenue Service
1919 Smith St Stop 5022 HOU
Houston, TX 77002

Mission Lane
PO Box 105286
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53