IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: JAMES DOUGLAS BUTCHER | § § | CASE NO. 24-31171 |
| DEBTOR | § § | CHAPTER 11 |

NOTICE OF HEARING ON
DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY (doc #10)

Please take notice that a hearing will be held on **April 16, 2024, at 11:00 A.M.** (Central Standard Time). The court will hold an evidentiary hearing to consider and act upon the following: *MOTION TO EXTEND AUTOMATIC STAY (#10).*

The order setting the hearing is attached hereto.

**THIS HEARING WILL BE HELD ON A HYBRID BASIS. PARTIES MAY APPEAR REMOTELY OR IN PERSON UNLESS OTHERWISE ORDERED BY THE COURT.**

**FOR ELECTRONIC PARTICIPATION:**

**Dial-in Telephone Number: 832-917-1510**

**Conference Room Number: 590153**

**Video Appearances and Witness Testimony: GoToMeeting web-based application and enter conference code: judgelopez**

A copy of the Motion to Extend the Automatic Stay (doc#10) is included with this Notice.

Dated: April 3, 2024

Respectfully Submitted,

*/s/ Nikie Marie López-Pagán*
Nikie Marie López-Pagán
Texas Bar No. 24090233

Courtdocs@bakerassociates.net;
Reese Baker
Texas Bar No. 01587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
PROPOSED ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

 I certify that on or about April 3, 2024, a true and correct copy of the Debtor's Notice of Hearing and the Motion to Extend Automatic Stay (#10) were served to all parties receiving CM/ECF electronic delivery and all parties on the attached mailing matrix.

 I further certify that on or about April 3, 2024, a true and correct copy of the Debtor's Notice of Hearing and the Motion to Extend Automatic Stay (#10) were served to all parties listed below and in the manner listed below:

| | |
|---|---|
| Jeff Carruth<br>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br>24 Greenway Plaza, Suite 2050 Houston, TX 77046<br>E-mail: jcarruth@wkpz.com<br>Attorneys for Michael Allen Franklin | Email |
| Joshua Cottle<br>425 Soledad Street, Suite 600<br>San Antonio, TX 78205<br>E-mail: josh@texasbanklawyer.com<br>   john@texasbanklawyer.com<br>   service@texasbanklawyer.com<br>Attorneys for Frost Bank | Email |

<i>/s/ Nikie Marie López-Pagán</i><br>
Nikie Marie López-Pagán