**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

In Re:   James Douglas Butcher
         Debtor(s)

Case No.: 24–31171

Chapter: 11

---

### ORDER SETTING HEARING ON
### MOTION FOR EXTENSION OF THE AUTOMATIC STAY
**(Docket No. 11 – 10 )**

  1. The Court will conduct an evidentiary hearing on the Debtor(s)' Motion to Extend the Automatic Stay at **11:00 AM on April 16, 2024 at Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002**. Within 2 business days of the entry date of this Order, the Debtor(s) shall provide notice of the hearing and a copy of the motion to all creditors against whom the Debtor(s) seek to extend the automatic stay and file a certificate of service with the Court.

  2. Objections to the motion must be in writing and filed within 14 days of the date of service of the notice of hearing. If the hearing occurs prior to the expiration of the 14–day period, objections may be made orally at the hearing.

  3. Local Rule 1007(d) (the "Wage Order Rule") requires Debtor(s) who are wage and salary employees to submit a wage order with their proposed plan. Debtor(s) who are not wage and salary employees must submit an electronic funds transfer form to the chapter 13 trustee. At the hearing, the Debtor(s) will be required to prove compliance with the Wage Order Rule. *If the Debtor(s) have not complied with the Wage Order Rule, the stay will not be extended*.

  **Signed and Entered on April 3, 2024**

_____
Christopher M. Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  
James Douglas Butcher  
    Debtor

Case No. 24-31171-cml  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 2  
Date Rcvd: Apr 03, 2024     Form ID: osethrgj     Total Noticed: 4

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | James Douglas Butcher, 480 Kirby Rd, Taylor Lk Vlg, TX 77586-5201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Apr 03 2024 20:11:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: taxbankruptcy.cao@harriscountytx.gov | Apr 03 2024 20:11:00 | Harris County, ATTN: Property Tax Division, Harris County Attorney's Office, P.O. Box 2928, Houston, TX 77252-2928, UNITED STATES |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Apr 03 2024 20:11:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Jarrod B Martin | jbm.trustee@chamberlainlaw.com cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Apr 03, 2024 | Form ID: osethrgj | Total Noticed: 4 |

Reese W Baker
    on behalf of Debtor James Douglas Butcher courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Susan R. Fuertes
    on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, susan.fuertes@harriscountytx.gov;jo.falcon@harriscountytx.gov;vriana.portillo@harriscountytx.gov

Tara L Grundemeier
    on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L Grundemeier
    on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 7