**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES DOUGLAS BUTCHER, | § | CASE NO. 24-31171 |
| | § | (Ch 11) |
| | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **MICHAEL ALLEN FRANKLIN,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following address.

**JEFF CARRUTH**
SBN. 24001846
SDTX Fed. No.: 21882
Email: jcarruth@wkpz.com
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
24 Greenway Plaza, Ste. 2050
Houston, Texas 77046
Tel: (713) 341-1158
Fax: (713) 961- 5341

Dated: April 10, 2024        Respectfully submitted:

                                  WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                  By: */s/ Jeff Carruth*
                                     JEFF CARRUTH (TX SBN: 24001846)
                                     24 Greenway Plaza, Suite 2050
                                     Houston, Texas 77046
                                     Telephone: (713) 341-1158
                                     Facsimile: (713) 961-5341
                                     E-mail:   jcarruth@wkpz.com


                                     ATTORNEYS FOR MICHAEL ALLEN FRANKLIN

## CERTIFICATE OF SERVICE

On April 10, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

                                            */s/ Jeff Carruth*
                                              Jeff Carruth