IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Case No. 24-31171 |
| | § | |
| **JAMES DOUGLAS BUTCHER** | § | Chapter 11 |
| Debtor | § | |

## NOTICE OF REVENUE FROM SOLELY MANAGED COMMUNITY PROPERTY

COMES NOW, James Douglas Butcher ("Debtor"), by and through the undersigned counsel, who respectfully represents as follows:

1. Debtor's non-filing spouse Leonida Butcher ("Leonida"), receives revenue from the rental of solely managed community properties. The properties are solely managed by JC Lion Properties dba Leonida Butcher. The rental properties are the following: (a) 17250 El Camino Real, Webster, TX 77058, (b) 2234 Nasa Road 1 Seabrook, TX 77586, (c) 3222 Burke Rd Pasadena, TX 77504, and (d) 2514 Perez Rd, Pasadena, Texas 77502 (collectively the "Properties").

2. Debtor has no access to the bank account for JC Lion Properties for the management of the Properties. Since the Properties, and the revenue derived from them, are solely managed community properties, the Debtor believes that no cash collateral issues are present in this case. Therefore, no motion for authorization to use cash collateral has been filed.

Dated: June 7, 2024

Respectfully submitted,

/s/James Douglas Butcher
James Douglas Butcher
Debtor

*/s/Nikie Marie López-Pagán*
Reese W. Baker
Texas Bar No. 01587700
**Nikie Marie López-Pagán**
**Texas Bar No. 24090233**
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
courtdocs@bakerassociates.net
Attorneys for the Debtor

Page  2