UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § | | **Case No. 24-31171 (cml)** |
| **James Douglas Butcher** § | | |
| *dba* **American Fitness & Martial Arts,** § § | | **Chapter 11** **Subchapter V** |
| Debtor. | | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that Subchapter V Status Conference has been scheduled before the Honorable Christopher Lopez, United States Bankruptcy Judge on **June 18, 2024 at 11:00 a.m.**, prevailing central time, before the Honorable Christopher M. Lopez in the United States Bankruptcy Court, 515 Rusk, Courtroom 401, Houston, TX 77002. Parties may appear in person or virtually to access the status conference, dial 1-832-917-1510. Conference code: 590153. Telephonic participants may connect on-line to view the courts broadcast onto the courtrooms television monitors. To view online, you may connect through the website located at the following website:  https://www.gotomeet.me/judgelopez.

Dated: June 11, 2024

    Respectfully submitted,

By: */s/ Jarrod B. Martin*

Jarrod B. Martin
Texas Bar No. 24070221
CHAMBERLAIN, HRDLICKA, WHITE,
   WILLIAMS, & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: JBM.Trustee@chamberlainlaw.com

*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2024, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system and on the creditor matrix via first-class, postage pre-paid United States mail.

   */s/ Jarrod B. Martin*
   Jarrod B. Martin