|  |  | **Reorganization Plan** |  |  |  |  |  | **Case Number 24-31171** |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | **2024** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Income and** |  | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |  | Plan Year 1 | Plan Year 2 | Plan Year 3 | Plan Year 4 | Plan Year 5 |
| **Income Schedule I** |  | **JULY** | **AUGUST** | **SEPTEMBER** | **OCTOBER** | **NOVEMBER** | **DECEMBER** | **JANUARY** | **FEBRAURY** | **MARCH** | **APRIL** | **MAY** | **JUNE** |  |  |  |  |  |  |
|  | SSN/Disability | $ 2,832 | $ 2,832 | $ 2,832 | $ 2,832 | $ 2,832 | $ 2,832 | $ 2,931 | $ 2,931 | $ 2,931 | $ 2,931 | $ 2,931 | $ 2,931 |  | $ 34,579 | $ 35,789 | $ 37,042 | $ 38,338 | $ 39,680 |
|  | AFMA/K-1 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 | $ 1,690 |  | $ 20,280 | $ 23,280 | $ 26,380 | $ 29,580 | $ 32,880 |
|  | DSN/Harcher | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 | $ 4,650 |  | $ 55,800 | $ 45,000 | $ 35,000 | $ 35,000 | $ 35,000 |
|  | Make-Ready | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |  | $ 18,000 | $ 18,000 | $ 18,000 | $ - | $ - |
| **Total Income** |  | $ 10,672 | $ 10,672 | $ 10,672 | $ 10,672 | $ 10,672 | $ 10,672 | $ 10,771 | $ 10,771 | $ 10,771 | $ 10,771 | $ 10,771 | $ 10,771 |  | $ 128,659 | $ 122,069 | $ 116,422 | $ 102,918 | $ 107,560 |
| **Expenses Schedule** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Gear/Supplies | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 210 | $ 210 | $ 210 | $ 210 | $ 210 | $ 210 |  | $ 2,460 | $ 2,583 | $ 2,712 | $ 2,848 | $ 2,990 |
|  | AFMA Insurance | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 105 | $ 105 | $ 105 | $ 105 | $ 105 | $ 105 |  | $ 1,230 | $ 1,292 | $ 1,356 | $ 1,424 | $ 1,495 |
|  | Payment | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 | $ 2,650 |  | $ 31,800 | $ 31,800 | $ 31,800 | $ 31,800 | $ 31,800 |
|  | Pet Care | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 158 | $ 158 | $ 158 | $ 158 | $ 158 | $ 158 |  | $ 1,845 | $ 1,937 | $ 2,034 | $ 2,136 | $ 2,243 |
|  | Utilities/Pool | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 |  | $ 4,613 | $ 4,843 | $ 5,085 | $ 5,340 | $ 5,607 |
|  | Food | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 840 | $ 840 | $ 840 | $ 840 | $ 840 | $ 840 |  | $ 9,840 | $ 10,332 | $ 10,849 | $ 11,391 | $ 11,961 |
|  | Supplies | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 210 | $ 210 | $ 210 | $ 210 | $ 210 | $ 210 |  | $ 2,460 | $ 2,583 | $ 2,712 | $ 2,848 | $ 2,990 |
|  | rior | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 420 | $ 420 | $ 420 | $ 420 | $ 420 | $ 420 |  | $ 4,920 | $ 5,166 | $ 5,424 | $ 5,696 | $ 5,980 |
|  | Dental | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 158 | $ 158 | $ 158 | $ 158 | $ 158 | $ 158 |  | $ 1,845 | $ 1,937 | $ 2,034 | $ 2,136 | $ 2,243 |
|  | Fuel | $ 240 | $ 240 | $ 240 | $ 240 | $ 240 | $ 240 | $ 252 | $ 252 | $ 252 | $ 252 | $ 252 | $ 252 |  | $ 2,952 | $ 3,100 | $ 3,255 | $ 3,417 | $ 3,588 |
|  | Auto Payment | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 | $ 471 |  | $ 5,652 | $ 5,652 | $ 5,652 | $ - | $ - |
|  | Maintenace | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 158 | $ 158 | $ 158 | $ 158 | $ 158 | $ 158 |  | $ 1,845 | $ 1,937 | $ 2,034 | $ 2,136 | $ 2,243 |
|  | USAA | $ 284 | $ 284 | $ 284 | $ 284 | $ 284 | $ 284 | $ 298 | $ 298 | $ 298 | $ 298 | $ 298 | $ 298 |  | $ 3,493 | $ 3,668 | $ 3,851 | $ 4,044 | $ 4,246 |
|  | Entertainment | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 263 | $ 263 | $ 263 | $ 263 | $ 263 | $ 263 |  | $ 3,075 | $ 3,229 | $ 3,390 | $ 3,560 | $ 3,738 |
| **Total Expenses** |  | $ 6,420 | $ 6,420 | $ 6,420 | $ 6,420 | $ 6,420 | $ 6,420 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 |  | $ 78,030 | $ 80,059 | $ 82,189 | $ 78,774 | $ 81,122 |
| **Monthly Net Income** |  | $ 1,420 | $ 1,420 | $ 1,420 | $ 1,420 | $ 1,420 | $ 1,420 | $ 1,255 | $ 1,255 | $ 1,255 | $ 1,255 | $ 1,255 | $ 1,255 |  | $ 50,629 | $ 42,010 | $ 34,233 | $ 24,144 | $ 26,437 |
| **Obligations** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | and | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |  | $ 24,000 | $ - | $ - | $ - | $ - |
|  | Trustee Fee | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |  | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| **Total Other Obligations** |  | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 |  | $ 36,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| Social Security |  | $ (1,580) | $ (1,580) | $ (1,580) | $ (1,580) | $ (1,580) | $ (1,580) | $ (1,745) | $ (1,745) | $ (1,745) | $ (1,745) | $ (1,745) | $ (1,745) |  | $ (19,950) | $ (5,779) | $ (14,809) | $ (26,194) | $ (25,242) |
| from Social Security |  | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 | $ 550 |  | $ 6,600 | $ 6,600 | $ 6,600 | $ 6,600 | $ 6,600 |

1) VA benefits and SSN increased at 3.5%
2) AFMA adds 1-3 students per year
3) Consulting DSN/Harcher income is for the first 24 months and will continue through client, objective, and project needs
4) anticipate substantially lowering make-ready work in final 2 years
5) expenses increased at 5%/year and will adjust per inflation
6) Health insurance is covered by Veterans Affairs however Dental is paid out of pocket

|  | Class No. | Creditors | Claim Amount | Amount to be paid through the plan | Payment Level 1 Months 1-12 | Payment Level 2 Months 13-24 | Payment Level 3 Months 25-36 |
|---|---|---|---|---|---|---|---|
| Secured | Class 1 | Galveston County | $1,163.64 | $1,163.64 (at 12%) | $60.00 | $120.00 | $0 |
| Secured | Class 2 | Harris County | $1,520.99 | $1,520.99 (at 12%) | $50 | $80.00 | $0 |
| Secured | Class 3 | Harris County | $20,287.68 | $0 | $0 | $0 | $0 |
| Secured | Class 4 | Capital Bank | $689,503.70 | $0 | $0 | $0 | $0 |
| Secured | Class 5 | Capital Bank | $174,025.82 | $0 | $0 | $0 | $0 |
| Secured | Class 6 | Capital Bank | $149,660.20 | $0 | $0 | $0 | $0 |
| Secured | Class 7 | Capital Bank | $289,597.44 | $0 | $0 | $0 | $0 |
| Secured | Class 8 | Ford Motor Credit | $22,175 | $0 | $0 | $0 | $0 |
| Secured | Class 9 | JP Morgan Chase | 321,944.92 | $0 | $0 | $0 | $0 |
| Secured | Class 10 | Stellar Bank | $659,373.37 | $0 | $0 | $0 | $0 |
| Secured | Class 11 | Clear Creek ISD | $28,404.97 | $0 | $0 | $0 | $0 |
| Secured | Class 12 | Clear Lake City Water A. | $6,601.92 | $0 | $0 | $0 | $0 |
| Secured | Class 13 | Mercedes-Benz | $55,000 | $0 | $0 | $0 | $0 |
| Secured | Class 14 | Mercedes-Benz | $55,000 | $0 | $0 | $0 | $0 |
| Secured | Class 15 | Pasadena ISD* | $24,412.19 | $2,207.60 (at 12%) | $100 | $80.00 | $0 |
| Secured | Class 16 | City of Houston | $704.15 | $704.15 (at 12%) | $85.00 | $0 | $0 |
| Secured | Class 17 | Young/Michael Franklin | $315,948.77 | to be paid as unsecured | (Amount included in unsecured claims total) | | |
| Secured | Class 18 | Frost Bank | 2,652,479.79 | to be paid as unsecured | (Amount included in unsecured claims total) | | |
| Secured | Class 19 | City of Seabrook | $1,803.59 | $0.00 | $0.00 | $0 | $0 |
| Secured | Class 20 | City of Pasadena | $6,906.35 | $0.00 | $0.00 | $0 | $0 |
| Secured | Class 21 | City of Webster | $4,675.16 | $0.00 | $0.00 | $0 | $0 |
|  | Class 22 | Unsecured Claims | $3,856,831.01 |  | $ 550.00 | $ 550.00 | $ 550.00 |
|  | Attorney's Fees |  | $24,000 |  | $2,100 |  |  |
|  | Sub V Trustee |  | $12,000 |  | $1,000 |  |  |

*Escrow in mortgage