|  |  |  | **James Douglas Butcher** |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **Liquidation Chart** |  | (Amended) |  |
| Claim | Secured Claims | Secured* | Priority | Unsecured | Description |  |
| 2 | Galveston County | $1,163.64 |  |  | property taxes |  |
| 3 | Harris County | 1,520.99 |  |  | property taxes |  |
| 4 | Harris County | 20,287.68 |  |  | property taxes |  |
| 9 | Capital Bank | 689,503.70 |  |  | real estate-paid by spouse | Paid by Leonida - Lender asserts fully secured |
| 10 | Capital Bank | 174,025.82 |  |  | real estate-paid by spouse | Paid by Leonida - Lender asserts fully secured |
| 11 | Capital Bank | 149,660.20 |  |  | real estate-paid by spouse | Paid by Leonida - Lender asserts fully secured |
| 12 | Capital Bank | 289,597.44 |  |  | real estate-paid by spouse | Paid by Leonida - Lender asserts fully secured |
| 13 | Ford Motor Credit | 22,174.89 |  |  | vehicle |  |
| 15 | JP Morgan Chase Bank | 321,944.92 |  |  | homestead |  |
| 16 | Stellar Bank | 659,373.37 |  |  | real estate |  |
| 19 | Young/M. Franklin |  |  | $315,948.77 | judgment | To be paid as unsecured |
| 20 | Frost Bank |  |  | $2,652,479.79 | judgment | To be paid as unsecured |
| 21 | Clear Creek ISD | 28,404.97 |  |  | property taxes |  |
| 22 | Pasadena ISD | 24,412.19 |  |  | property taxes |  |
| 23 | Clear Lake City Water | 6,601.92 |  |  | real estate |  |
| 24 | City of Houston | 704.15 |  |  | property taxes |  |
| 25 | Young/M. Franklin |  |  |  | Duplicate of 19 |  |
| 26 | City of Seabrook | $1,803.59 |  |  | ad valorem taxes |  |
| 27 | City of Pasadena | $6,906.35 |  |  | ad valorem taxes |  |
| 28 | City of Webster | $4,675.16 |  |  | ad valorem taxes |  |
|  | *Most of the secured claims are secured by solely managed community property which is not part of the Debtor's estate |  |  |  |  |  |
|  | Scheduled Secured Claims - No proof of claim |  |  |  |  |  |
|  | Mercedes-Benz Financial | 55,000.00 |  |  | vehicle |  |
|  | Mercedes-Benz Financial | 55,000.00 |  |  | vehicle |  |
|  | **Total Secured** | **2,492,473.30** |  |  |  |  |
|  | **Filed Unsecured Claims** |  |  |  |  |  |
| 1 | Shell Federal CU |  |  | 7,215.92 | money loaned |  |
| 5 | IRS | $ - | $ - | 0.00 |  |  |
| 6 | Capital One, N.A. |  |  | 4,353.93 | credit card |  |
| 7 | Capital One, N.A. |  |  | 2,994.93 | credit card |  |
| 8 | Wells Fargo Bank, N.A. |  |  | 4,327.00 | revolving credit |  |
| 14 | Synchrony Bank/Sam's Club |  |  | 1,137.64 | m. loan/rev. credit |  |
| 17 | Stellar Bank |  |  | 138,270.36 | guaranty |  |
| 18 | Stellar Bank |  |  | 729,137.83 | guaranty |  |
|  | **Scheduled Unsecured Claims- No claims filed** |  |  |  |  |  |
|  | Credit One Bank |  |  | unknown |  |  |
|  | Synchrony Bank/Lowes |  |  | $350 | credit card |  |
|  | TXU/Texas Energy |  |  | $ 614.84 | utilities |  |
|  | **Total Unsecured Claims** |  |  | **$ 3,856,831.01** |  |  |
|  | **Total Claims** | **$6,349,304.31** |  |  |  |  |
|  | **Total value of assets in liquidation** |  |  |  |  |  |
|  | Cash | $600.00 |  |  |  |  |
|  | Shell Federal CU x316-50 | $4,280.99 |  |  |  |  |
|  | Shell Federal CU x316-00 | $48.28 |  |  |  |  |
|  | Shell Federal CUx8379 | $ 300.00 |  |  |  |  |
|  | SMMS, LLC | $ 33.34 |  |  |  |  |
|  | Total liquidation value estimated | $ 5,262.61 |  |  |  |  |
|  | No value remaining in liquidation for unsecured creditors | $ - |  |  |  |  |